**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6473**

RAY BLANCHARD,

Plaintiff - Appellant,

v.

BRIAN E. FROSH; MCTC WARDEN; WILLIAM BOHRER,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge. (1:23-cv-00074-BAH)

Submitted: October 10, 2024                     Decided: October 16, 2024

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ray A. Blanchard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ray Blanchard appeals the district court's April 19, 2024, order dismissing his amended complaint under 42 U.S.C. § 1983 for failure to comply with the court's earlier order directing him to file an amended complaint curing identified deficiencies in his complaint.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's April 19, 2024, order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*